**No. P67/167.**—J. Gerber & Co., Inc. *v.* United States, protests 66/24926 and 66/28140 (New York).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiff was sustained.

**No. P67/168.**—Dumont Handkerchiefs, Inc. *v.* United States, protests 65/10832 and 65/18198 (New York).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of silk handkerchiefs similar in all material respects to those the subject of *Ashear Bros., Inc.* v. *United States* (55 Cust. Ct. 238, C.D. 2582), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, MAY 18, 1967

(NOTE: The following protests were decided by a special first division consisting of OLIVER, WATSON, and RAO, Judges.)

**No. P67/169.**—Castelazo & Associates and Monroe Fabricators et al. *v.* United States, protests 63/10310, etc. (Los Angeles).

**No. P67/170.**—Castelazo & Associates and Famous Jobbing Co., Inc., et. al. *v.* United States, protests 63/10956, etc. (Los Angeles).

**No. P67/171.**—Seaway Importing Co. *v.* United States, protest 65/6815 (New York).

RAO, C.J. In accordance with stipulation of counsel that the issue herein is the specific issue in *United States* v. *Weather-Rite Sportswear Co., Inc.* (52 CCPA 7, C.A.D. 848), the claim of the plaintiffs was sustained.